UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

    Criminal No. 26-20045

    Honorable Matthew F. Leitman

D-1  NANCY JUANITA WILLIAMS,
D-2  ANDREA JEAN BRADLEY-BASKIN,
D-3  AVERY JAMES BRADLEY,
D-4  DWIGHT HASSAN RASHAD,

    Defendants.
_____/

## ORDER GRANTING GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

For the reasons stated in the government's motion, it is ordered that the Indictment be unsealed.

**IT IS SO ORDERED.**

    s/Kimberly G. Altman
    Kimberly G. Altman
    United States Magistrate Judge

Entered: January 30, 2026